UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| DANIEL-RALPH BISHOP<br>    aka DANIEL RALPH BISHOP<br>    FED. REG. NO. 09634-036<br>VS. | CIVIL ACTION NO. 5:15-cv-1782<br><br>SECTION P<br><br>JUDGE S. MAURICE HICKS, JR. |
| CHARLES SAMUELS, JR., ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** this civil action be **DISMISSED WITHOUT PREJUDICE** to plaintiff's right to re-file in a Court of proper venue; **IT IS FURTHER ORDERED** that to the extent that plaintiff seeks *habeas corpus* relief in this proceeding, that such claims be **DISMISSED WITHOUT PREJUDICE** to plaintiff's right to re-file the appropriate civil action in the proper forum.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 1st day of June, 2016.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE